**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re

Roberto Luis Rodriguez

                                                  CHAPTER    7
                                                  CASE NO.    6:17-bk-02805-KSJ

      Debtor(s)
_____/

**MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT REGARDING REAL PROPERTY (PROPERTY OR COLLATERAL BEING SURRENDERED)**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Bankruptcy Court, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100 Orlando, FL 32801 and serve a copy on the movant's attorney (Nicole Mariani Noel, Kass Shuler, P.A., P.O. Box 800, Tampa, Florida 33601), and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT ("Creditor"), pursuant to §§362(d)(1) and (2) of the Bankruptcy Code, hereby moves this Court for entry of an order granting relief from stay as to the bankruptcy estate and as to the Debtor(s), and states:

1.      For value received, the Debtor(s) executed and delivered a Promissory Note ("Note") as evidence of indebtedness to Creditor.

2.      The Debtor(s) executed and delivered a Mortgage to Creditor securing said indebtedness with the following property: **REAL PROPERTY LOCATED: 46 HIBBING WAY**

**NEWBURGH, NY 12550, LEGALLY DESCRIBED AS: SEE EXHIBIT "A"** ("Collateral").

3.     Movant is entitled to enforce the Note and Mortgage. Copies of the relevant loan document(s) are attached hereto as Exhibit "1" & "2".

4.     The Debtor(s) defaulted under the terms of the Note and/or Mortgage with Creditor by failing to do the following: make all payments when due.

5.     The Debtor(s), and the estate, have made no offer of adequate protection to Creditor regarding Creditor's interest in the Collateral. Creditor, therefore, lacks adequate protection.

6.     The Collateral is diminishing and decreasing in value and continues to do so by virtue of the continued use of the Collateral by the Debtor(s) without payments to Creditor.

7.     The Debtor(s), and the estate, lack equity in the Collateral.

8.     The Collateral is not necessary to an effective reorganization.

9.     Pursuant to the terms of the Promissory Note / Contract between the parties, the Debtor(s) is/are obligated to pay Creditor's reasonable attorneys' fees and court costs. Creditor has retained the undersigned attorneys and has agreed to pay them a reasonable fee for their services rendered in connection with this Motion.

10.     Creditor asserts sufficient cause exists to waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature. In addition Creditor prays that the Court suspend the Rule in all instances in which there is a Consent on the part of the Debtor(s)

11.     The Debtor intends to surrender the collateral per the Statement of Intention.

12.     The Statement of Intention filed in this case by the Debtor(s) provides for surrender of the Collateral under Section 521(a)(2)(A) of the Bankruptcy Code. Accordingly, the Debtor(s) must surrender the Collateral to the Creditor as lienholder such that the Debtor(s) make the Collateral available to the Creditor and give up any rights to the Collateral, including the right to defend or contest any related state court foreclosure action. Creditor requests that any order granting relief from stay provide that Debtor(s) is/are precluded from defending or taking any overt act that impedes the Creditor's ability to foreclose its interest in the Collateral and pursue its in rem

contractual state court rights in a foreclosure action.  In re Failla,  383 F.3d 1170 (11 Cir. 2016).

13. The unpaid principal balance due is in the amount of $313,165.14

14. The account at issue is presently due for the payment due July 1, 2010 and all subsequent payments which have come due through the date of this Motion.

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor(s) and to the estate to permit Creditor to enforce its in rem contractual and state law remedies as against the Collateral and for such other relief as requested above against the Collateral and for such other relief as requested above.

/s/ Nicole Mariani Noel  
Nicole Mariani Noel  
Kass Shuler, P.A.  
P.O. Box 800  
Tampa, FL 33601  
Phone: (813) 229-0900 Ext. 1343  
Fax:    (813) 229-3323  
nmnoel@kasslaw.com  
Florida Bar No. 69883  

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on May 22, 2017, by electronic mail via CM/ECF pursuant to Local Rule to: Jose E Lopez, Esq., 150 N. Orange Avenue, Suite 303, Orlando, FL 32801; Arvind Mahendru, Trustee, 5703 Red Bug Lake Rd. Suite 284, Winter Springs, FL 32708 and on May 23, 2017, by U.S. Mail to:  Roberto Luis Rodriguez, 3111 S Semoran Blvd # 101, Orlando, FL 32822; Vivian Rodriguez at his/her place of abode, 46 Hibbing Way, Newburgh, NY 12550.

/s/ Nicole Mariani Noel  
Nicole Mariani Noel (x1343)

1701999/jaw