EXHIBIT A

Title No. A-546-O

## Schedule A

The premises in which the insured has the estate or interest covered by this policy.

ALL THAT PLOT, PIECE OR PARCEL OF LAND SITUATE AND BEING IN THE TOWN OF NEWBURGH, COUNTY OF ORANGE AND STATE OF NEW YORK, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WESTERLY BOUNDS OF HIBBING WAY, SAID POINT BEING THE SOUTHEASTERLY CORNER OF THE HEREIN DESCRIBED PARCEL AND THE NORTHEASTERLY CORNER OF LOT #171, AS SHOWN ON A MAP ENTITLED "MEADOW WINDS SECTION 2B FINAL SUBDIVISION PLAN SECTION 2B", RECORDED AT THE ORANGE COUNTY CLERK'S OFFICE ON AUGUST 31, 2001 AS FILED MAP #188-01; THENCE ALONG THE DIVISION LINE BETWEEN LOT #170 AND LOT #171 N 79 DEGREES 21' 00" W 160.52 FEET TO A POINT ON THE EASTERLY BOUNDS OF THE LANDS NOW OR FORMERLY OF ANTOINETTE C. RHODA AS DESCRIBED IN LIBER 4387 OF DEEDS AT PAGE 134; THENCE ALONG THE DIVISION LINE BETWEEN LOT #170 AND SAID RHODA NORTHEASTERLY ON A CURVE TO THE LEFT A RADIUS OF 675.00 FEET, AN ARC LENGTH OF 140.00 FEET, HAVING A CHORD BEARING N 35 DEGREES 35' 40" E 140.74 FEET TO THE SOUTHWESTERLY CORNER OF LOT #169 AS SHOWN ON SAID FILED MAP #189-01; THENCE ALONG THE DIVISION LINE BETWEEN LOT #169 AND LOT #170 S 39 DEGREES 17' 35" E 147.83 FEET TO A POINT ON THE WESTERLY BOUNDS OF HIBBING WAY; THENCE ALONG THE WESTERLY BOUNDS OF HIBBING WAY SOUTHWESTERLY ALONG A CURVE TO THE LEFT A RADIUS OF 50.00 FEET, AN ARC LENGTH OF 35.34 FEET, HAVING A CHORD BEARING S 30 DEGREES 54' 00" W 34.61 FEET TO THE POINT OR PLACE OF BEGINNING.

BEGING AND INTENDED TO BE ALL THAT CERTAIN TRACT OR PARCEL OR LAND DESIGNATED AS LOT #170 AS SHOWN ON A MAP ENTITLED "MEADOW WINDS SECTION 2B FINAL SUBDIVISION PLAN SECTION 2B", RECORDED AT THE ORANGE COUNTY CLERK'S OFFICE ON AUGUST 31, 2001 AS FILED MAP #189-01

SUBJECT TO A 10-FOOT WIDE CONSERVATION EASEMENT AS SHOWN ON SAID FILED MAP #189-01 AND A RIGHT OF WAY AS DESCRIBED IN LIBER 4387 OF DEEDS AT PAGE 134.

