UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Case No.:  17-02805
Chapter 7

ROBERTO RODRIGUEZ

_____ Debtor(s)        /

MOTION FOR RECONSIDERATION
OF ORDER GRANTING MOTION FOR RELIEF

Arvind Mahendru, trustee ("Trustee"), hereby files this Motion for Reconsideration of Order Granting Motion for Relief from Automatic Stay, and in support says:

1.      Roberto Rodriguez, Debtor(s) herein ("Debtors") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in this Court on April 28, 2017. The 11 U.S.C. §341 Meeting of Creditors was held and concluded on June 27, 2017.

2.      The debtor listed a property, 46 Hibbings Way, Newburgh, New York on Schedule A ("the property").

3.      US Bank filed a Motion for Relief from Automatic Stay ("the Motion") and this Court entered an Order granting the Motion.

4.      The Trustee has listed the property for sale and seeks a consented sale with creditor.

Wherefore, the Trustee respectfully requests the Court to grant the Motion for Reconsideration.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent by US first class mail to all parties listed below on July 3, 2017.

Roberto Luis Rodriguez, , 3111 S SEMORAN BLVD # 101, ORLANDO, FL 32822;

Jose E Lopez, LawyerASAP, LLP, 150 N. Orange Avenue, Suite 303, Orlando, FL 32801

Nicole Noel, Esquire via ECF

/s/Arvind Mahendru, Trustee
Arvind Mahendru, Trustee
5703 Red Bug Lake Rd #284
Winter Springs, Florida 32708
Telephone (407) 504-2462
E-mail: amtrustee@gmail.com