UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                          Case No.:17-02805 -KSJ

                          Chapter 7

Roberto Luis Rodriguez


_____Debtor(s) /


REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:        All Interested Parties

FROM:     ARVIND MAHENDRU, Trustee


**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within (14) fourteen days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington St., Suite 5100, Orlando, Florida 32801and serve a copy on Arvind Mahendru, Trustee, 5703 Red Bug Lake Road #284, Winter Springs, Florida 32708 and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment of all right, title and interest in the property described below:

Described in the petition as 1984 Ford Thunderbird, as listed on Schedule "A/B" of the debtor(s) petition, (the Property).

The Property is being abandoned for the following reasons:

1. The Trustee has determined the cost of sale and removal of The Property is

equal to or greater than its value and the Property is of nominal value to the estate.

2. Further administration of the Property is burdensome to the estate.

Dated: August 17, 2017

/s/ ARVIND MAHENDRU, Trustee
ARVIND MAHENDRU, Trustee
5703 Red Bug Lake Road, #284
Winter Springs, FL 32708
407-504-2462

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2017 a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee.

/s/ ARVIND MAHENDRU, Trustee