

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/25/2017 11:00 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:17-bk-02805-KSJ | 7 | 04/28/2017 |

Chapter 7

**DEBTOR:**   Roberto Rodriguez

**DEBTOR ATTY:**   Jose Lopez

**TRUSTEE:**   Arvind Mahendru

**HEARING:**

Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 46 Hibbing Way (Doc #27)
          Note: Discharged 8/15/17

**APPEARANCES:**:
Arvind Mahendru: Trustee
Matt Holtsinger: US Bank Atty

**RULING:**
Motion by Trustee to Sell Property Free and Clear of Liens. Property description: 46 Hibbing Way   (Doc #27)   -   Granted: Order by Mahendru.

  (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.