## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Roberto Luis Rodriguez | § | Case No. 6:17-bk-02805-KSJ |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/28/2017 . The undersigned trustee was appointed on 04/28/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 320,925.14 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 9,498.50 |
| Bank service fees | 0.00 |
| Other payments to creditors | 294,166.64 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 17,260.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/20/2017  and the deadline for filing governmental claims was  10/25/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,476.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,476.00 , for a total compensation of $ 2,476.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 341.17 , for total expenses of $ 341.17 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/31/2018                              By: /s/ARVIND MAHENDRU
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-02805 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | ARVIND MAHENDRU |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Roberto Luis Rodriguez | | | | Date Filed (f) or Converted (c): | 04/28/2017 (f) |
| | | | | | 341(a) Meeting Date: | 06/13/2017 |
| For Period Ending: | 03/31/2018 | | | | Claims Bar Date: | 11/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  46 Hibbing Way Newburgh Ny 12550-0000 Orange | 253,300.00 | 253,300.00 | | 313,165.14 | FA |
| 2.  2010 Nissan Altima Mileage: 86700 Vin: 1N4al2apxac103337 Con | 5,800.00 | 1,844.45 | | 1,840.00 | FA |
| 3.  1984 Ford Thunderbird Mileage: 55650 Vin: 1Fabp46f3eh227382 | 2,350.00 | 2,350.00 | OA | 0.00 | FA |
| 4.  2007 Nissan Murano Mileage: 87400 Vin: Jn8az08w27w665495 Con | 7,525.00 | 5,925.00 | | 5,920.00 | FA |
| 5.  2 Beds, 2 Dressers, Hutch, Kitchen Utensils, Refrigerator, S | 450.00 | 0.00 | | 0.00 | FA |
| 6.  2 Tvs, Audio And Video Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 7.  Bowling Balls | 50.00 | 0.00 | | 0.00 | FA |
| 8.  Used Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 9.  American Airline Credit Union Xxxx- 0050 | 20.00 | 0.00 | | 0.00 | FA |
| 10. Chase Xxxx- 9714 Debtor Owns Account With A Sabrina Pizarro | 167.43 | 0.00 | | 0.00 | FA |
| 11. American Airline Credit Union Xxxx- 0000 | 7.02 | 0.00 | | 0.00 | FA |
| 12. Us Savings Bonds, Series Ee Debtor Is To Transfer Bonds To H | 0.00 | 0.00 | | 0.00 | FA |
| 13. David Lerner Associates, Inc. | 46,908.52 | 0.00 | | 0.00 | FA |
| 14. Charter Communications, Inc. | 1,565.12 | 0.00 | | 0.00 | FA |
| 15. National Apartment Association | 400.00 | 0.00 | | 0.00 | FA |
| 16. Terminal Life Insurance Policy With Aon Hewitt - $58,000 | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $318,743.09   $263,419.45   $320,925.14   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

Asset #1-46 Hibbing Way, Newburgh NY 12550
Asset #2-2010 Nissan Altima; Asset #4-2007 Nissan Murano -Ten (10) consecutive monthly payments of $776.00 beginning on July 1, 2017
6/28/17-Application to Employ BK Global and Century 21 as real estate agent
6/28/17-Order Approving Application to Employ/Retain BK Global Real Estate Services, and Century 21 Alliance Realty Group as real estate agent
7/3/17-Motion for Reconsideration of Order Granting Motion For Relief From Stay of U.S. Bank National Association
7/7/17-Order Denying Motion for Reconsideration of Order Granting Motion For Relief From Stay of U.S. Bank National Association
8/17/17- Notice of Assets
8/17/17-Report and Notice of Intention to Sell Property of the Estate 2010 Nissan Altima and 2007 Nissan Murano doc #18
8/17/17-Notice of Abandonment
9/13/17-Application to Employ Arvind Mahendru as Attorney
9/14/17-Order Approving Application to Employ/Retain Arvind Mahendru as Attorney
9/19/17-Trustee's Report of Sale 2010 Nissan Altima and 2007 Nissan Murano
9/20/17- Motion to Sell Property Free and Clear of Liens
10/27/17-Order Granting Motion To Sell Property Free and Clear of Liens
11/1/17-Application to Employ Steven Vanderwilt as accountant
11/1/17-Order Approving Application to Employ/Retain Steven M. Vanderwilt as Accountant
1/16/18-Application for Compensation for Steven M. Vanderwilt, Accountant, Fee: $1117.00, Expenses: $22.05 doc #36
1/17/18-Trustee's Report of Sale 46 Hibbing Way, Newburgh NY 12550
3/31/18-Application for Compensation for Arvind Mahendru, Trustee's Attorney, Fee: $1750.00, Expenses: $0

Initial Projected Date of Final Report (TFR): 01/30/2018          Current Projected Date of Final Report (TFR): 01/30/2018

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-02805 | Trustee Name: ARVIND MAHENDRU |
| Case Name: Roberto Luis Rodriguez | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1436 |
| | Checking |
| Taxpayer ID No: XX-XXX9805 | Blanket Bond (per case limit): $32,583,498.00 |
| For Period Ending: 03/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/17 | | Roberto Luis Rodriguez<br>3111 S SEMORAN BLVD # 101<br>ORLANDO, FL  32822 | Asset #2-2010 Nissan Altima; Asset #4-2007 Nissan Murano 8/17/17-Report and Notice of Intention to Sell Property of the Estate 2010 Nissan Altima and 2007 Nissan Murano doc #18 | | $7,760.00 | | $7,760.00 |
| | | | Gross Receipts    $7,760.00 | | | | |
| | 2 | | 2010 Nissan Altima Mileage:    $1,840.00<br>86700 Vin: 1N4al2apxac103337 Con | 1129-000 | | | |
| | 4 | | 2007 Nissan Murano Mileage:    $5,920.00<br>87400 Vin: Jn8az08w27w665495 Con | 1129-000 | | | |
| 01/11/18 | | Albertelli Law | 9/20/17- Motion to Sell Property Free and Clear of Liens | | $9,500.00 | | $17,260.00 |
| | | | Gross Receipts    $313,165.14 | | | | |
| | | | Payoff First Mortgage    ($294,166.64) | 4110-002 | | | |
| | | | Doc Prep Fee to Albertelli Law    ($550.00) | 2500-002 | | | |
| | | | Title Search    ($90.00) | 2500-002 | | | |
| | | | Title Settlement Fee    ($900.00) | 2500-002 | | | |
| | | | Realtor Fees    ($6,250.00) | 3510-002 | | | |
| | | | Recording Fees    ($204.50) | 2500-002 | | | |
| | | | Transfer Tax Fee    ($1,254.00) | 2500-002 | | | |
| | | | Lien Search    ($250.00) | 2500-002 | | | |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $17,260.00    $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-02805 | Trustee Name: ARVIND MAHENDRU |
| Case Name: Roberto Luis Rodriguez | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1436 |
| | Checking |
| Taxpayer ID No: XX-XXX9805 | Blanket Bond (per case limit): $32,583,498.00 |
| For Period Ending: 03/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 1 | | 46 Hibbing Way Newburgh Ny 12550-0000 Orange | $313,165.14  1110-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,260.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,260.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,260.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1436 - Checking | $17,260.00 | $0.00 | $17,260.00 |
|  | $17,260.00 | $0.00 | $17,260.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $303,665.14 |
| Total Net Deposits: | $17,260.00 |
| Total Gross Receipts: | $320,925.14 |

# Middle District of Florida
# Claims Register

[6:17-bk-02805-KSJ Roberto Luis Rodriguez](#)

|  |  |
|---|---|
| **Judge:** Karen S. Jennemann | **Chapter:** 7 |
| **Office:** Orlando | **Last Date to file claims:** 11/20/2017 |
| **Trustee:** Arvind Mahendru | **Last Date to file (Govt):** |

| Creditor: (27151236)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 1**<br>Original Filed Date: 09/07/2017<br>Original Entered Date: 09/07/2017 | Status:<br>Filed by: CR<br>Entered by: American InfoSource (AB)<br>Modified: |
|---|---|---|

Amount claimed: $962.02

History:

| Details | 1-1 | 09/07/2017 | Claim #1 filed by Capital One Bank (USA), N.A., Amount claimed: $962.02 (American InfoSource (AB)) |

Description:

Remarks:

| Creditor: (27151236)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 2**<br>Original Filed Date: 09/07/2017<br>Original Entered Date: 09/07/2017 | Status:<br>Filed by: CR<br>Entered by: American InfoSource (AB)<br>Modified: |
|---|---|---|

Amount claimed: $2976.51

History:

| Details | 2-1 | 09/07/2017 | Claim #2 filed by Capital One Bank (USA), N.A., Amount claimed: $2976.51 (American InfoSource (AB)) |

Description:

Remarks:

| Creditor: (27186220)<br>LVNV Funding, LLC its successors and assigns as<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 3**<br>Original Filed Date: 10/04/2017<br>Original Entered Date: 10/04/2017 | Status:<br>Filed by: CR<br>Entered by: Resurgent Capital Services<br>Modified: |
|---|---|---|

Amount claimed: $1835.12
Secured claimed: $0.00

History:

| Details | 3-1 | 10/04/2017 | Claim #3 filed by LVNV Funding, LLC its successors and assigns as, Amount |

| | | | |
|---|---|---|---|
| | | claimed: $1835.12 (Resurgent Capital Services) | |
| *Description:* | | | |
| *Remarks:* | | | |

| *Creditor:* (27186221)<br>Quantum3 Group LLC as agent for<br>Second Round LP<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 4**<br>*Original Filed Date*: 10/04/2017<br>*Original Entered Date*: 10/04/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Quantum 3 Group (NS)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $944.58 | |
|---|---|---|---|

*History:*

| Details | 4-1 | 10/04/2017 | Claim #4 filed by Quantum3 Group LLC as agent for, Amount claimed: $944.58 (Quantum 3 Group (NS)) |
|---|---|---|---|

*Description:* (4-1) Money Loaned
*Remarks:*

| *Creditor:* (27187494)<br>U.S. Bank National Association<br>Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-2708 | **Claim No: 5**<br>*Original Filed Date*: 10/04/2017<br>*Original Entered Date*: 10/04/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nicole Mariani Noel<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $550598.64 | |
|---|---|---|---|
| Secured | claimed: | $300000.00 | |

*History:*

| Details | 5-1 | 10/04/2017 | Claim #5 filed by U.S. Bank National Association, Amount claimed: $550598.64 (Noel, Nicole) |
|---|---|---|---|

*Description:* (5-1) 46 Hibbing Way, Newburgh, NY 12550
*Remarks:*

| *Creditor:* (27200476)<br>Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | **Claim No: 6**<br>*Original Filed Date*: 10/13/2017<br>*Original Entered Date*: 10/13/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* American InfoSource (AB)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $80.88 | |
|---|---|---|---|

*History:*

| Details | 6-1 | 10/13/2017 | Claim #6 filed by Verizon, Amount claimed: $80.88 (American InfoSource (AB)) |
|---|---|---|---|

*Description:*
*Remarks:*

| *Creditor:* (27211817)<br>AMERICAN EXPRESS BANK, FSB | **Claim No: 7**<br>*Original Filed* | *Status:*<br>*Filed by:* CR |
|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

| | | |
|---|---|---|
| C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | *Date*: 10/20/2017<br>*Original Entered Date*: 10/20/2017 | *Entered by:* Becket & Lee, LLP (GD)<br>*Modified:* |

| Amount claimed: | $1205.53 | |
|---|---|---|

*History:*

| Details | 7-1 | 10/20/2017 | Claim #7 filed by AMERICAN EXPRESS BANK, FSB, Amount claimed: $1205.53 (Becket & Lee, LLP (GD)) |
|---|---|---|---|

*Description:*
*Remarks:*

| | | |
|---|---|---|
| **Creditor:** (27262835)<br>CAREPOINT HEALTH - HOSPITAL<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121 | **Claim No: 8**<br>*Original Filed Date*: 11/20/2017<br>*Original Entered Date*: 11/20/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Weinstein and Riley PS (JM)<br>*Modified:* |

| Amount claimed: | $4103.58 | |
|---|---|---|

*History:*

| Details | 8-1 | 11/20/2017 | Claim #8 filed by CAREPOINT HEALTH - HOSPITAL, Amount claimed: $4103.58 (Weinstein and Riley PS (JM)) |
|---|---|---|---|

*Description:*
*Remarks:*

| | | |
|---|---|---|
| **Creditor:** (27262838)<br>CAREPOINT HEALTH - PHYSICAN GSHA<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121 | **Claim No: 9**<br>*Original Filed Date*: 11/20/2017<br>*Original Entered Date*: 11/20/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Weinstein and Riley PS (JM)<br>*Modified:* |

| Amount claimed: | $72.81 | |
|---|---|---|

*History:*

| Details | 9-1 | 11/20/2017 | Claim #9 filed by CAREPOINT HEALTH - PHYSICAN GSHA, Amount claimed: $72.81 (Weinstein and Riley PS (JM)) |
|---|---|---|---|

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Roberto Luis Rodriguez
**Case Number:** 6:17-bk-02805-KSJ
**Chapter:** 7
**Date Filed:** 04/28/2017
**Total Number Of Claims:** 9

| Total Amount Claimed* | $562779.67 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $300000.00 | |
| **Priority** | | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/31/2018 11:49:55 | | | |
| **PACER Login:** | am7140:3645203:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:17-bk-02805-KSJ Filed or Entered From: 1/1/1900 Filed or Entered To: 3/31/2018 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

/s/ Arvind Mahendru

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:17-bk-02805-KSJ
Case Name: Roberto Luis Rodriguez
Trustee Name: ARVIND MAHENDRU

Balance on hand                                                              $         17,260.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | U.S. Bank National Association | $ 300,000.00 | $ 300,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                              $              0.00
Remaining Balance                                                       $         17,260.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Arvind Mahendru | $ 2,476.00 | $ 0.00 | $ 2,476.00 |
| Trustee Expenses: Arvind Mahendru | $ 341.17 | $ 0.00 | $ 341.17 |
| Attorney for Trustee Fees: Arvind Mahendru | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Accountant for Trustee Fees: Steve M. Vanderwilt, CPA | $ 1,117.00 | $ 0.00 | $ 1,117.00 |
| Accountant for Trustee Expenses: Steve M. Vanderwilt, CPA | $ 22.05 | $ 0.00 | $ 22.05 |

Total to be paid for chapter 7 administrative expenses          $          5,706.22
Remaining Balance                                                                  $         11,553.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,181.03  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 94.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | $ 962.02 | $ 0.00 | $ 912.48 |
| 2 | Capital One Bank (Usa), N.A. | $ 2,976.51 | $ 0.00 | $ 2,823.24 |
| 3 | Lvnv Funding, Llc Its Successors And Assigns As | $ 1,835.12 | $ 0.00 | $ 1,740.62 |
| 4 | Quantum3 Group Llc As Agent For | $ 944.58 | $ 0.00 | $ 895.94 |
| 6 | Verizon | $ 80.88 | $ 0.00 | $ 76.72 |
| 7 | American Express Bank, Fsb | $ 1,205.53 | $ 0.00 | $ 1,143.45 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Carepoint Health - Hospital | $ 4,103.58 | $ 0.00 | $ 3,892.27 |
| 9 | Carepoint Health - Physican Gsha | $ 72.81 | $ 0.00 | $ 69.06 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,553.78 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE